# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | Western District of PA | 04/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

700 GRANT ST
PITTSBURGH, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | University of Pittsburgh Medical Center ("UPMC") |
| 2. | ADJUNCT PROF. | UNIVERSITY OF PITTSBURGH SCHOOL OF LAW |
| 3. | LIMITED PARTNER | FOUR NORTHSHORE ASSOC. |
| 4. | | |
| 5. | | |
| 6. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | SALARY FOR TEACHING AT UNIVERSITY OF PITTSBURGH LAW SCHOOL | $1,750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | 1/24/13 TO 1/25/13 | MIAMI, FLA | SPEAKER AT EDUCATIONAL SEMINAR | TRAVEL AND LODGING |
| 2. | NY INTELLECTUAL PROPERTY LAW ASSOC. | 3/22/13 TO 3/23/13 | NEW YORK, NY | SEMINAR AND DINNER FOR BENCH AND BAR | TRAVEL, DINNER AND LODGING FOR ME AND GUEST |
| 3. | AMERICAN CONFERENCE INSTITUTE | 5/30/13 TO 5/31/13; 10/24/13 TO 10/25/13 | NEW YORK, NY | SPEAKER AT EDUCATIONAL SEMINAR | TRAVEL AND LODGING |
| 4. | ALLEGHENY COUNTY BAR ASSOCIATION | 6/20/13 TO 6/22/13 | CHAMPION, PA | BENCH/BAR CONFERENCE | MEALS AND LODGING |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lenihan, Lisa P. | 04/28/2014 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | ACADEMY OF TRIAL LAWYERS OF ALLEGHENY COUNTY | 10/02/13 TO 10/04/13  FARMINGTON, PA | EDUCATIONAL CONFERENCE | MEALS AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | JOHN MYERS | JEWELRY | $2,000.00 |
| 2. | JOHN MYERS | GIFT CARD TO STORE | $500.00 |
| 3. | JOHN MYERS | GOLF CLUBS | $500.00 |
| 4. | JOHN MYERS | LUGGAGE | $750.00 |
| 5. | | | |
| 6. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Limited Partner, 4 Northshore Associates | | None | O | S | | | | | |
| 2. IRA - Commonwealth | | | | | | | | | |
| 3. Allianz Funds: NFJ Small Cap Fund ClA | A | Dividend | J | T | | | | | |
| 4. Allianz Wellness Cl A | | None | J | T | Buy | 06/27/13 | J | | |
| 5. American Income Fund of America Cl F | | | | | Buy | 03/06/13 | J | | |
| 6. American Income Fund of America Cl F | A | Dividend | J | T | Buy (add'l) | 06/21/13 | J | | |
| 7. Allianz RCM Global Water Fund Cl A | | None | | | Sold | 05/03/13 | K | B | |
| 8. Allianz RCM Global Water Fund Cl A | A | Dividend | J | T | Buy | 06/11/13 | J | | |
| 9. American Washington Mutual Investors Fund Cl F1 | | None | | | Buy (add'l) | 01/14/13 | J | | |
| 10. American Washington Mutual Investors Fund Cl F1 | | None | | | Sold (part) | 01/14/13 | J | A | |
| 11. American Washington Mutual Investors Fund Cl F1 | | None | | | Sold (part) | 06/21/13 | J | A | |
| 12. American Washington Mutual Investors Fund Cl F1 | | None | | | Sold | 12/02/13 | K | C | |
| 13. Copeland Risk Mgnt Div Growth Cl A | A | Dividend | K | T | Buy | 10/11/13 | K | | |
| 14. Fidelity Advisor Consumer Staples Cl I | A | Dividend | L | T | | | | | |
| 15. Franklin Rising Div Cl A | | None | | | Buy | 04/23/13 | K | | |
| 16. Franklin Rising Div Cl A | | None | | | Sold | 06/24/13 | K | A | |
| 17. Franklin Conv Sec Cl A | | None | | | Buy | 02/05/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Conv Sec Cl A | | None | | | Sold | 03/25/13 | K | A | |
| 19. Franklin Floating Rate Cl A | | None | | | Buy | 04/16/13 | J | | |
| 20. Franklin Floating Rate Cl A | | None | | | Sold | 04/23/13 | J | A | |
| 21. Franklin Floating Rate Cl A | | None | | | Buy | 06/24/13 | J | | |
| 22. Franklin Floating Rate Cl A | A | Dividend | K | T | Buy (add'l) | 07/03/13 | J | | |
| 23. Franklin Gold & Precious Metalas Fund Cl A | | None | | | Sold | 04/16/13 | K | A | |
| 24. Mainstay Mkt Cl A | | None | | | Buy | 03/25/13 | K | | |
| 25. Mainstay Mkt Cl A | A | Dividend | L | T | Buy (add'l) | 06/26/13 | K | | |
| 26. Oppenheimersteel MLP A | B | Dividend | K | T | Buy | 02/25/13 | K | | |
| 27. PIMCO EQS Long/Short Cl A | A | Dividend | K | T | Buy | 11/01/13 | K | | |
| 28. PIMCO Fundamental Index Plus Cl A | | None | | | Buy | 06/27/13 | K | | |
| 29. PIMCO Fundamental Index Plus Cl A | | None | | | Buy (add'l) | 06/28/13 | J | | |
| 30. PIMCO Fundamental Index Plus Cl A | | None | | | Sold | 09/26/13 | K | B | |
| 31. PIMCO Fundamental Index Plus Cl A | | None | | | Buy | 10/16/13 | K | | |
| 32. PIMCO Fundamental Index Plus Cl A | | None | | | Sold | 11/01/13 | K | A | |
| 33. PIMCO EQS Div Fund Cl A | | None | | | Buy | 01/15/13 | K | | |
| 34. PIMCO EQS Div Fund Cl A | | None | | | Sold | 02/27/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Stockplus Short Strategy CL A | | None | | | Sold (part) | 01/15/13 | K | A | |
| 36. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 02/27/13 | K | | |
| 37. PIMCO Stockplus Short Strategy CL A | | None | | | Sold (part) | 03/22/13 | K | A | |
| 38. PIMCO Stockplus Short Strategy CL A | | None | | | Sold (part) | 06/27/13 | K | C | |
| 39. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 09/26/13 | K | | |
| 40. PIMCO Stockplus Short Strategy CL A | A | Dividend | K | T | Sold (part) | 10/16/13 | K | A | |
| 41. Wasatch Long/Short Fund | | None | K | T | Buy | 08/30/13 | K | | |
| 42. TRowePrice Funds: Emerging Markets | | None | | | Sold | 07/25/13 | K | B | |
| 43. TRowe Price Funds: Real Estate Fund | | None | | | Sold | 06/21/13 | K | B | |
| 44. Allianz Short Duration Cl A | | None | | | Buy | 05/03/13 | K | | |
| 45. Allianz Short Duration Cl A | | None | | | Sold (part) | 06/11/13 | J | A | |
| 46. Allianz Short Duration Cl A | | None | | | Sold | 06/27/13 | J | A | |
| 47. Franklin US Govt Cl A | | None | | | Buy | 03/21/13 | L | | |
| 48. Franklin US Govt Cl A | | None | | | Buy | 03/21/13 | K | | |
| 49. Franklin US Govt Cl A | | None | | | Sold (part) | 06/11/13 | K | A | |
| 50. Franklin US Govt Cl A | A | Dividend | J | T | Sold (part) | 07/03/13 | J | A | |
| 51. Mainstay Unconstrnd Bond Opp Cl A | A | Dividend | K | T | Buy | 12/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO Total Return Cl D | A | Dividend | K | T | | | | | |
| 53. Templeton Global Bond Fund Cl A | | None | | | Sold | 03/21/13 | L | C | |
| 54. Templeton Global Bond Fund Cl A | B | Dividend | K | T | Buy | 06/11/13 | K | | |
| 55. M&I Bank -Money Market Account | A | Interest | K | T | | | | | |
| 56. American Money Market Class F1 | | None | | | Sold | 01/14/13 | J | A | |
| 57. American Money Market Class Fl | | None | | | Buy | 02/28/13 | J | | |
| 58. American Money Market Class Fl | | None | | | Sold | 02/28/13 | J | A | |
| 59. US Energy Sector ISHARES | | None | | | Sold | 12/02/13 | K | D | |
| 60. Vanguard Total Stk Mkt ETF | | None | | | Sold | 02/25/13 | K | C | |
| 61. Brokerage Account - National Financial | | | | | | | | | |
| 62. Fidelity Funds: Prime Money Mkt Reserves Fund | A | Interest | J | T | | | | | |
| 63. Johnson & Johnson Common Stock | | None | | | Sold | 04/17/13 | J | B | |
| 64. Gulf Keystone Petro Common Stock | | None | K | T | | | | | |
| 65. IShares S&P Stock Index ETF | A | Dividend | J | T | | | | | |
| 66. Altria Group Common Stock | A | Dividend | J | T | | | | | |
| 67. Columbia Div Opp Fund CL C | A | Dividend | J | T | | | | | |
| 68. Fidelity New Adv Insights Fund CL A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ivy Mid Cap Growth Fund Cl C | | None | J | T | | | | | |
| 70. Thornburg Invest Income Builder Fund CL C | A | Dividend | J | T | | | | | |
| 71. SouthernSun Funds: Small Cap | | None | J | T | | | | | |
| 72. Delaware Diversified Income Fund Cl C | A | Dividend | J | T | | | | | |
| 73. Brokerage Account - Ameriprise | | | | | | | | | |
| 74. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 75. Cons Staples Sel Sect SPDR FD (XLP) | | None | | | Sold | 03/12/13 | J | A | |
| 76. Eaton Vance Limited Duration Fund | A | Dividend | J | T | | | | | |
| 77. Eaton Vance Funds: Active Tax MGD GLBL Fund | B | Dividend | J | T | | | | | |
| 78. ISHARES Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 79. Energy Sel Sect SPDR FD (XLE) | | None | | | Sold | 03/12/13 | J | A | |
| 80. Kayne Anderson MLP | | None | | | Buy (add'l) | 03/12/13 | J | | |
| 81. Kayne Anderson MLP | | None | | | Sold | 11/18/13 | J | A | |
| 82. Templeton Global Income Fund | | None | | | Sold | 11/18/13 | J | A | |
| 83. Utilities Seleect SPDR Fund | | None | | | Sold | 03/12/13 | J | A | |
| 84. Vanguard Div Appreciation Fund | A | Dividend | K | T | | | | | |
| 85. Vanguard Int Term Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Short Term Corp Bond ETF | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 87. General Electric Cap Corp Note 4.75% Due 09/15/14 | A | Interest | J | T | | | | | |
| 88. First Eagle Funds: Global Fund Cl A | A | Dividend | K | T | | | | | |
| 89. First Eagle Overseas Fund CL I | | None | | | Sold | 11/18/13 | J | A | |
| 90. Ivy Balanced Cl A | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 91. JPMorgan Value Advantage Cl A | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 92. MFS Intl Value Cl A | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 93. Calamos Market Neutral Fund | A | Dividend | K | T | | | | | |
| 94. Permanent Portfolio Fund | | None | | | Buy (add'l) | 03/12/13 | J | | |
| 95. Permanent Portfolio Fund | | None | | | Sold | 11/18/13 | K | A | |
| 96. PIMCO Real Return Fund P | | None | | | Sold | 11/18/13 | J | A | |
| 97. Thornburg LTD Muni Fund CL I | A | Interest | K | T | | | | | |
| 98. Virtus Prem Alphasector Fund | | None | | | Sold | 11/18/13 | K | B | |
| 99. ALPS Alerian MLP ETF | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 100. Eaton Vance Limited Duration Fund | | None | | | Buy | 03/12/13 | J | | |
| 101. Eaton Vance Limited Duration Fund | | None | | | Sold | 11/18/13 | J | A | |
| 102. SPDR Nuveen Barclays Muni Bond Fund II | | None | | | Buy | 03/12/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR Nuveen Barclays Muni Bond Fund II | | None | | | Sold | 11/18/13 | J | A | |
| 104. Nuveen PA Muni Fund II | | None | | | Buy | 03/12/13 | J | | |
| 105. Nuveen PA Muni Fund II | | None | | | Sold | 11/18/13 | J | A | |
| 106. Miscellaneous Accounts | | | | | | | | | |
| 107. PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 108. PA TAP Accounts for Children. 529 Guaranteed Savings Plan. No control | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/28/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Line 1 (Limited Partner, 4 Northshore Associates) - Assessed value

Line 2 - IRA #1 renamed as IRA - Commonwealth

Brokerage Account #1 - closed in September, 2011

Line 55 - Brokerage Account #2 renamed as Brokerage Account - National Financial

Line 70 - Brokerage Account #3 renamed as Brokerage Account - Ameriprise

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544